

# THE ATTORNEY GENERAL
## OF TEXAS
### AUSTIN, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

FAGAN DICKSON
FIRST ASSISTANT

October 22, 1948

Hon. E. H. Poteet, Acting President
Texas College of Arts & Industries
Kingsville, Texas

    Attention:  Hon. James H. Colvin

           Opinion No. V-705.

           Re:  The authority of the Board of
                Directors of Texas College of
                Arts and Industries to permit
                an employee to take a State
                automobile into Mexico on of-
                ficial business.

Dear Sir:

        Your request for an opinion reads as follows:

      "May the Board of Directors of the
Texas College of Arts and Industries auth-
orize an employee of the College to take
a state-owned automobile into Mexico on
official business?"

        Neither the current appropriation bill making
appropriations to the Texas College of Arts and Indus-
tries and other educational institutions for the current
biennium (H.B. 246, Acts 50th Leg. ch. 339, p. 649), nor
any general law which we have been able to find, prohib-
its the use of a state-owned automobile by an officer
or employee of an educational institution when traveling
without the State on institutional business.

        Subsection 6 of House Bill 246, among other
things provides:  ". . . No travel shall be performed
outside of the State, except upon the written consent of
the school's board of regents or directors."

        Therefore, it is the opinion of this office
that there is no legal objection to an employee of the
College using a state-owned automobile on a trip to Mex-
ico on official business for the College, provided he
obtains in advance the written consent of the Board of
Directors of the College.

## SUMMARY

An employee of Texas College of Arts
& Industries may use a State-owned automo-
bile on a trip to Mexico on official busi-
ness for the College, provided he obtains
in advance the written consent of its
Board of Directors. Subsection 6 of H. B.
246, Acts 1947, 50th Legislature, at page
649.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By *Bruce W. Bryant*

Bruce W. Bryant
Assistant

BWB:wb

APPROVED:

*Fagan Dickson*

FIRST ASSISTANT
ATTORNEY GENERAL